IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA A. WHITELEY,** | : | **CIVIL NO. 1:14-CV-2220** |
| Plaintiff | : | |
| | : | **(Judge Rambo)** |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | |
| Defendant | : | |

**O R D E R**

AND NOW, this 29th day of April, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 12).

2) Defendant's motion to dismiss (Doc. 8) is **GRANTED**.

3) The Clerk of Court shall close the file.

                                                                               s/Sylvia H. Rambo
                                                                               SYLVIA H. RAMBO
                                                                               United States District Judge